IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM AMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:16-cv-04884 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | Magistrate Judge Young B. Kim |
| CHICAGO BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

**BOARD'S MOTION *IN LIMINE* NO. 12 TO
BAR ANY COMPARISONS TO OTHER CASE AWARDS**

Defendant, Board of Education of the City of Chicago ("Board"), by its attorneys, pursuant to the Federal Rules of Evidence and the Federal Rules of Civil Procedure, moves this Court to bar discussion or evidence relating to comparisons to other case awards. In support of this Motion, the Board states as follows:

No evidence, argument or testimony should be allowed pertaining to litigation, settlements, or the amount of damages awarded in other lawsuits because (1) any such evidence is irrelevant under Federal Rule of Evidence 401; (2) even if relevant, the probative value will be substantially outweighed by the danger of unfair prejudice, misleading the jury, and wasting time under Federal Rule of Evidence 403; and (3) that evidence regarding settlements is expressly prohibited, outside of limited circumstances, by Federal Rule of Evidence 408(a).

WHEREFORE, the Board moves to bar discussion or evidence relating to comparisons to other case awards.

Dated: March 1, 2019.

1

Respectfully submitted,

**BOARD OF EDUCATION OF THE CITY OF CHICAGO, DEFENDANT**

Joseph Moriarty, General Counsel

By: /s/ *Giselle Safazadeh*
Giselle Safazadeh, Assistant General Counsel
Christina Jaremus, Assistant General Counsel
Susan J. Best, Assistant Deputy General Counsel
Board of Education of the City of Chicago
1 North Dearborn, Suite 900
Chicago, Illinois 60602
Telephone: (773) 553-1700
gbsafazadeh@cps.edu
cjaremus@cps.edu
sjbest@cps.edu

## CERTIFICATE OF SERVICE

I, Christina Jaremus, an attorney, do hereby certify that I caused the attached **Board's Motion *in Limine* No. 12 To Bar Any Comparisons to Other Case Awards** to be filed with the Clerk of the Court on March 1, 2019 using the CM/ECF system which sent notification of such filing to all counsel of record.

By: /s/ *Christina Jaremus*
Christina Jaremus, Assistant General Counsel