IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM AMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:16-cv-04884 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | Magistrate Judge Young B. Kim |
| CHICAGO BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

**BOARD'S MOTION *IN LIMINE* NO. 24 TO BAR
LAY WITNESSES FROM GIVING MEDICAL OPINIONS**

Defendant, Board of Education of the City of Chicago ("Board"), by its attorneys, pursuant to the Federal Rules of Evidence and the Federal Rules of Civil Procedure, moves this Court to bar lay witnesses from giving medical opinions. In support of this Motion, the Board states as follows:

Plaintiff or other layperson should be barred from testifying or making remarks and/or arguments or opinions regarding the causation of any alleged medical conditions, diagnosis, future prognosis, and future medical expenses as it relates to Plaintiff's alleged medical conditions. A layperson may only testify to facts observed first hand and lack the qualifications to testify to a medical diagnosis or condition. Federal Rule of Evidence 701, 702; *see also Moore v. Shawmut Woodworking & Supply, Inc.,* 1:09-cv-1275-TWP-MJD, 2012 U.S. Dist. LEXIS 24660, *3 (S.D. Ind., Feb. 27, 2012)

WHEREFORE, the Board moves to bar lay witnesses from giving medical opinions.

Dated: March 1, 2019.

1

Respectfully submitted,

**BOARD OF EDUCATION OF THE CITY OF CHICAGO, DEFENDANT**

Joseph Moriarty, General Counsel

By: /s/ *Giselle Safazadeh*
Giselle Safazadeh, Assistant General Counsel
Christina Jaremus, Assistant General Counsel
Susan J. Best, Assistant Deputy General Counsel
Board of Education of the City of Chicago
1 North Dearborn, Suite 900
Chicago, Illinois 60602
Telephone: (773) 553-1700
gbsafazadeh@cps.edu
cjaremus@cps.edu
sjbest@cps.edu

**CERTIFICATE OF SERVICE**

I, Christina Jaremus, an attorney, do hereby certify that I caused the attached **Board's Motion *in Limine* No. 24 to Bar Lay Witnesses From Giving Medical Opinions** to be filed with the Clerk of the Court on March 1, 2019 using the CM/ECF system which sent notification of such filing to all counsel of record.

By: /s/ *Christina Jaremus*
Christina Jaremus, Assistant General Counsel

2