IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM AMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:16-cv-04884 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | Magistrate Judge Young B. Kim |
| CHICAGO BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

**BOARD'S MOTION *IN LIMINE* NO. 26 TO BAR ANY DISCUSSION REGARDING ANY ALLEGED DISCRIMINATION, HARASSMENT, AND/OR RETALIATION FACED BY OTHER BOARD EMPLOYEES**

Defendant, Board of Education of the City of Chicago ("Board"), by its attorneys, pursuant to the Federal Rules of Evidence and the Federal Rules of Civil Procedure, moves this Court to bar discussion, evidence, or inference regarding any alleged discrimination, harassment, and/or retaliation faced by other Board employees. In support of this Motion, the Board states as follows:

Plaintiff and any other witness should be barred from offering speculative testimony or discussion regarding any alleged discrimination faced by them or other Board employees, as such evidence would be irrelevant to the instant matter and be highly prejudicial to the Board. Fed. R. Evid. 401, 403. The only issue relevant to Plaintiff's claim before the jury is Plaintiff's own alleged disability and whether the Board accommodated Plaintiff's individual request for accommodation. Speculative discussion as to any alleged discrimination faced by other Board employees would also serve to confuse the jury as to the actual evidence as to Plaintiff's claim. Further, any such testimony or discussion would also constitute impermissible hearsay. Fed. R. Evid. 802.

WHEREFORE, the Board moves to bar discussion, evidence, or inference regarding any alleged discrimination, harassment, and/or retaliation faced by other Board employees.

Dated: March 1, 2019.

1

Respectfully submitted,

**BOARD OF EDUCATION OF THE CITY OF CHICAGO, DEFENDANT**

Joseph Moriarty, General Counsel

By: /s/*Giselle Safazadeh*
Giselle Safazadeh, Assistant General Counsel
Christina Jaremus, Assistant General Counsel
Susan J. Best, Assistant Deputy General Counsel
Board of Education of the City of Chicago
1 North Dearborn, Suite 900
Chicago, Illinois 60602
Telephone: (773) 553-1700
gbsafazadeh@cps.edu
cjaremus@cps.edu
sjbest@cps.edu

## CERTIFICATE OF SERVICE

I, Christina Jaremus, an attorney, do hereby certify that I caused the attached **Board's Motion in Limine No. 26 To Bar Any Discussion of Any Alleged Discrimination, Harassment, and/or Retaliation Faced By Other Board Employees** to be filed with the Clerk of the Court on March 1, 2019 using the CM/ECF system which sent notification of such filing to all counsel of record.

By: /s/*Christina Jaremus*
Christina Jaremus, Assistant General Counsel