IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM AMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:16-cv-04884 |
| | ) | |
| v. | ) | The Honorable Magistrate |
| | ) | Judge Young B. Kim, Presiding |
| CHICAGO BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S PROPOSED MOTIONS *IN LIMINE*

PLAINTIFF, KIM AMMONS, by her counsel, prior to the selection of a jury in this cause, have identified the following motions in *limine* for the Court's adjudication. Plaintiff's motion in *limine* list is as follows:

### Agreed Motions *in Limine*:

1. Motion in *limine* barring any reference to settlement demands, offers, and any settlement discussions; **proposed by both parties and jointly agreed.**

2. Motion in *limine* barring witnesses from being present during trial until their testimony is completed; **proposed by both parties and jointly agreed.**

3. Motion in *limine* barring any document not produced during the course of discovery. **proposed by both parties and jointly agreed.**

4. Motion *in limine* barring witnesses in Defendant's pretrial order that were not previously disclosed during the discovery process. **proposed by Plaintiff and agreed to by the Board.**

5. Motion *in limine* barring evidence of security officer job descriptions that are not referenced in any version of the Agreement produced during the discovery process. **Proposed by Plaintiff**

**and agreed to by the Board; if Plaintiff is referring to the job descriptions produced by her at PL000058-62.**

6. Motion *in limine* barring the introduction of non-authenticated emails and/or correspondences. **proposed by both parties and jointly agreed.**

7. Motion *in limine* barring any lay person opinions concerning effective security in schools, including staff of the Defendant. **Proposed by Plaintiff and agreed to by the Board, with the exception Jadine Chou and Brian Bond.**

8. Motion *in limine* barring any lay persons opinions and/or testimony of the alleged statics cited in Defendant's SOF 19, 68, and 69; i.e., the number of fights at Curie High School during the 2014-2015 school year and the alleged 2012 District review results and comments. **Proposed by the Plaintiff and opposed by the Board.**

A memorandum of law is attached to and incorporated as part of this motion.

**DATED: MARCH 1, 2019**

Respectfully submitted,
/s/ Chiquita Hall-Jackson
Chiquita Hall-Jackson
Counsel for Complainant

Hall-Jackson & Associates, P.C.
166 W. Washington St., Suite 275
Chicago, IL 60602
Phone: 312-255-7105
chj@hall-jacksonandassociates.com

**CERTICATE OF SERVICE**

I, HEREBY CERTIFY that on March 1, 2019, I electronically filed the foregoing LIST OF THE PLAINTIFF'S MOTION IN LIMINE with the Clerk of the Court by using the CM/ECF system which will serve a Notice of Filing on all counsel of record.

/s/Chiquita Hall-Jackson
Chiquita Hall-Jackson
Hall-Jackson & Associates, P.C.
166 W. Washington St., Suite 275
Chicago, IL 60602
Phone: 312-255-7105
Fax: 312-940-8925
chj@hall-jacksonandassociates.com
