IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM AMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:16-cv-04884 |
| | ) | |
| v. | ) | The Honorable Magistrate |
| | ) | Judge Young B. Kim, Presiding |
| CHICAGO BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION IN LIMINE NO. 7 TO BAR DEFENDANT OR ANY OTHER LAY PERSON'S OPINION AND/OR TESTIMONY CONCERNING EFFECTIVE SECURITY IN SCHOOLS INCLUDING JADINE CHOU AND BRIAN BOND**

Plaintiff, Kim Ammons, by her attorney, pursuant to the Federal Rules of Evidence and the Federal Rules of Civil Procedure, moves this Court to bar Defendant or any lay person opinions concerning effective security in schools, including staff of the Defendant. The Plaintiff proposed this motion in *liminie* and in return the Defendant agreed with the exception of Jadine Chou and Brian Bond based solely off their job titles. *See e.g. Dkt*. 113 at p. 3. There has been no evidence submitted during the course of this litigation to demonstrate that the two individuals named by the Defendant is more qualified to testify about effective security in school than the Plaintiff with her twenty plus years as a security officer in the schools. Defendant's assertions are based on speculation and hearsay and are not supported by any legally recognized data or citation. At no time during this litigation did the Defendant submit any data, documents, or proof of research to support the alleged findings. Thus, any evidence, argument, or testimony speculating on this issue from the Board or any other witness is improper and highly prejudicial to Plaintiff. Lastly, if the Board insist on allowing such testimony by Jadine Chou and Brian Bond then Plaintiff withdraws

her motion in *limine* and seeks to allow Plaintiff's testimony on effective security in schools based on her previous title and twenty plus years of experience. FRE 401, 403, 802.

WHEREFORE, Plaintiff moves to bar the Board or any lay person opinions concerning effective security in schools, including staff of the Defendant.

**Dated: March 1, 2019**

Respectfully submitted,
/s/ Chiquita Hall-Jackson
Chiquita Hall-Jackson
Counsel for Complainant

Hall-Jackson & Associates, P.C.
166 W. Washington St., Suite 275
Chicago, IL 60602
Phone: 312-255-7105
chj@hall-jacksonandassociates.com

### CERTICATE OF SERVICE

I, HEREBY CERTIFY that on March 1, 2019, I electronically filed the foregoing PLAINTIFF'S MOTION IN LIMINE NO. 7 TO BAR DEFENDANT OR ANY OTHER LAY PERSON'S OPINION AND/OR TESTIMONY CONCERNING EFFECTIVE SECURITY IN SCHOOLS INCLUDING JADINE CHOU AND BRIAN BOND with the Clerk of the Court by using the CM/ECF system which will serve a Notice of Filing on all counsel of record.

/s/Chiquita Hall-Jackson
Chiquita Hall-Jackson
Hall-Jackson & Associates, P.C.
166 W. Washington St., Suite 275
Chicago, IL 60602
Phone: 312-255-7105
Fax: 312-940-8925
chj@hall-jacksonandassociates.com