## RE: Ammons v. Chicago Board of Education, Update

Regan Hildebrand <rchildebrand@cps.edu>

Mon 8/28/2017 5:33 PM

To:Chiquita Hall-Jackson <chj@hall-jacksonandassociates.com>;

Thanks for sending me the updated info.  That will help me re-notice those in the future.

I'll see you tomorrow.

v/r

Regan

--



**Regan Hildebrand | Senior Assistant General Counsel**
Board of Education of the City of Chicago | Law Department
1 North Dearborn | Suite 900 | Chicago, IL 60602
☎ (773) 553-5935 | 🖥 (773) 553-1701 | ✉ rchildebrand@cps.edu
*This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).*

> **From:** Chiquita Hall-Jackson [mailto:chj@hall-jacksonandassociates.com]
> **Sent:** Monday, August 28, 2017 3:27 PM
> **To:** Hildebrand, Regan
> **Subject:** Ammons v. Chicago Board of Education, Update
>
> Mr. Hildebrand,
> After Mr. Haynes did not show up for the 1:00 p.m. deposition I came back to my office to confirm a few things.  I did notice that the Notice of Deposition sent to him and Ms. Smith were made out care to my office.  Their personal mailing addresses were not listed on either notices.  In addition, I spoke with both Mr. Haynes and Ms. Smith and neither of them received a notice of deposition. Therefore, this office agree to striking the deposition set for Ms. Smith on Wednesday, August 30, 2017, at 1:00 p.m.  Also, note that in each notice it is listed that you all

will take an audio-visual deposition. I suggest you all correct this. Lastly, please find the proper address for both witnesses below:

**Shonnadda Smith**

778 S. Kedzie, Chicago, IL 60652 **but she prefers to be notified at P.O. Box 32017 Chicago, IL 60632**. Her concerns is her ability to take a day off during the school year to attend the deposition. Also, she is concerned about her compensation for her time she will be in the deposition.

**Mike Haynes**

8534 S. Dorchester, Chicago, IL 60619-He will not be available until late September early October

Upon the Judge extending the discovery deadline for the purpose of holding these two depositions please reissue the notices based on the information given above.


Best Regards,

Chiquita Hall-Jackson, Esq.

Hall-Jackson & Associates P.C.

166 W. Washington St., Suite 275

Chicago, IL 60602

Office: 312-255-7105

Fax: 312-940-8925

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential
information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified
that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received
this message in error, please notify the sender by email and delete all copies of the message immediately.

Communication with an attorney does not by itself create an attorney/client relationship or constitute provision
or receipt of legal advice. Any communication with an attorney should be considered informational use only, and
should not be relied upon or acted upon until a formal attorney/client relationship is established via a written
agreement.