# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kim Ammons

                        Plaintiff,

v.                                                   Case No.: 1:16–cv–04884

                                                                    Honorable Young B. Kim

Chicago Board of Education

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 4, 2019:

      MINUTE entry before the Honorable Young B. Kim: Parties' agreed motions in limine Nos 1 and 3–11 [[114], [131]] are granted. As for Agreed Motion No. 2, the Board is ordered to file a supplement to the motion by April 9, 2019, and identify the "Board representatives," by name and their title, who plans on being present in court during trial and whether any of them have been designated as trial witnesses. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.