IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM AMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:16-cv-04884 |
| | ) | |
| v. | ) | Hon. Judge Robert M. Dow, Jr. |
| | ) | Hon. Magistrate Judge Young B. Kim |
| CHICAGO BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## BOARD'S SUPPLEMENTAL AGREED MOTION *IN LIMINE* No. 2

Defendant, Board of Education of the City of Chicago ("Board"), pursuant to the Court's orders on April 4 and 9, 2019 (ECF No. 141-142) files this supplement to Agreed Motion *in Limine* No. 2, identifying the Board representative, by name and title, who plans to be present during the trial of this case and whether the Board's representative is a designated trial witness.

The Board, prior to the selection of a jury in this cause, moves this Court *in limine* to instruct the parties, witnesses, and respective counsels, as set forth below, to refrain from testifying, mentioning, making any remark, comment, argument, reference, inference, innuendo or inducing any testimony which might inform or imply to the jury the circumstances or facts of the matters listed below. If any of the following topics were made known to the jury in any of the manners aforesaid, it would be highly improper and unfairly prejudicial, even if the Court were to sustain an objection and strike the matter and/or instruct the jury not to give consideration to the same.

    2.    Barring any witnesses (except Allison Tingwall[1] and Plaintiff, Kim Ammons) from being present in the courtroom during the trial other than for their own

---

[1] In the parties' original Agreed Motion *in Limine* No. 2, the Board indicated to Plaintiff that the Board intended to have Board representative(s) in the courtroom during trial, but did not specify which Board representatives would be present. This supplement identifying Allison Tingwall as the Board representative to be present is filed pursuant to the Court's orders, but the Board has not previously provided Ms. Tingwall's name to Plaintiff as the specific Board representative to be present.

1

testimony. Allison Tingwall is the Principal of Marie Sklodowska Curie Metro High School, and she was designated by the Board as a trial witness. ECF No. 104 at 3. All other witnesses should be excluded from the courtroom until they have testified pursuant to FRE 615, which permits the Court on its own motion or that of a party to exclude witnesses from the courtroom so that they cannot hear the testimony of other witnesses. This rule does not apply to parties. The granting of the instant motion will prevent the shaping of testimony and discourage fabrication, inaccuracy and collusion. *In Re Scarlata*, 127 B.R. 1004 (N.D. Ill. 1991) *see generally*, *U.S. v Hargrove*, 929 F.2d 316 (7th Cir 1991).

WHEREFORE, the Board respectfully request this Honorable Court to enter an order barring evidence, argument, inference or testimony as to the Board's Motion *in Limine* No. 2; and further to instruct the parties' witnesses, through their counsel, not to make any reference or inference to the fact that this motion has been filed, argued, or ruled upon by the Court; and finally, that said counsel be instructed to warn and caution each and every witness appearing in this litigation to strictly comply with the ruling of this Court.

Dated: April 10, 2019.  Respectfully submitted,

**DEFENDANT, BOARD OF EDUCATION OF THE CITY OF CHICAGO**

Joseph Moriarty, General Counsel

By: /s/ *Christina Jaremus*
Giselle Safazadeh, Assistant General Counsel
Christina Jaremus, Assistant General Counsel
Susan J. Best, Assistant Deputy General Counsel
Board of Education of the City of Chicago
1 North Dearborn Street, Suite 900
Chicago, Illinois 60602
Telephone: 773-553-1700
gbsafazadeh@cps.edu
cjaremus@cps.edu
sjbest@cps.edu

## CERTIFICATE OF SERVICE

  I, Christina Jaremus, an attorney, do hereby certify that I caused the attached **Board's Supplemental Agreed Motions** *in Limine* **No. 2** to be filed with the Clerk of the Court on April 10, 2019 using the CM/ECF system which sent notification of such filing to all counsel of record.

              By:  <u>/s/ *Christina Jaremus*</u>
                   Christina Jaremus, Assistant General Counsel