**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Kim Ammons

          Plaintiff,

v.                   Case No.: 1:16–cv–04884
                  Honorable Young B. Kim

Chicago Board of Education

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 10, 2019:

   MINUTE entry before the Honorable Young B. Kim: Parties' agreed motion in limine No. 2 [143] is granted. Pursuant to Federal Rule of Evidence 615(a) and 615(b), Plaintiff and Alison Tingwall may be present in courtroom during the trial. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.