UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Kim Ammons
                    Plaintiff,

v.                                                        Case No.: 1:16−cv−04884
                                                                         Honorable Young B. Kim

Chicago Board of Education
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 15, 2019:

      MINUTE entry before the Honorable Young B. Kim: For the foregoing reasons, Plaintiff's Motion in Limine Nos. 7 and 8 [[132], [133], [134]] are denied. Defendant's Motion in Limine No. 15 [118] is granted in part and denied in part, Motion in Limine Nos. 12, 13, 16, 17, 20, and 24−27 [[115], [116], [119], [120], [123], [127], [128], [129], [130]] are granted, and the Boards Motion Nos. 14, 18, 19, 21−23 [[117], [121], [122], [124], [125], [126]] are denied. Enter Memorandum Opinion and Order. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.